IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glenn White, | No.  CV-16-02968-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Capital One, N.A., et al., | |
| Defendants. | |

Having considered Plaintiff's Motion to Dismiss,

**IT IS ORDERED:**

1. That the Motion to Dismiss (Doc. 25) is **granted**;

2. That *Defendant Equifax Information Services, LLC* is **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall **terminate** Defendant Equifax Information Services, LLC as a party in this action.

Dated this 20th day of October, 2016.

Honorable Steven P. Logan
United States District Judge